**Jorge REYES, Plaintiff–Appellant,**

v.

**Gary L. JOHNSON; Joe D. Crawford, M.D.; S. Lofton, Physician's Assistant; Toddy A. Foxworth; Jesse Wicks, Assistant Warden Jerry Leviston, Staff Nurse; Brenda Jenkins, Assistant Nurse; Connie Justice, Clerk II, Defendants–Appellees.**

No. 04–40634.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 2, 2004.

Jorge Reyes, Rusk, TX, pro se.

Before GARWOOD, JOLLY, and JONES, Circuit Judges.

PER CURIAM: *

Jorge Reyes attempts to appeal in a civil rights action filed pursuant to 42 U.S.C. § 1983. The magistrate judge entered a written report recommending that Reyes' complaint be dismissed. Reyes filed a notice of appeal after the magistrate judge issued his recommendation but before any decision was announced by the district court. Reyes' premature notice of appeal was ineffective to invoke the jurisdiction of

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

this court. *See United States v. Cooper*, 135 F.3d 960, 961 (5th Cir.1998); *see also Trufant v. Autocon, Inc.*, 729 F.2d 308, 309 (5th Cir.1984). The appeal is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.